Daniel McLaughlin (SBN: 315326)
    dmclaughlin@cja.org
Elzbieta T. Matthews
(*pro hac vice pending*)
    ematthews@cja.org
Cole Newcomb (*SBN pending*)
    cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCONTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*
ANSSAF ALI MAYO

ORDERED UNSEALED on 03/26/2026    s/ andreasar

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO, | Case No. '25CV3651 LL    AHG |
| Plaintiff, | |
| v. | **EX PARTE MOTION FOR LEAVE TO TEMPORARILY FILE THE COMPLAINT AND ACCOMPANYING PAPERS UNDER SEAL PURSUANT TO CIVIL L.R. 79.2 AND FOR DOCUMENTS NOT TO APPEAR IN THE PUBLIC DOCKET; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; AFFIRMATION OF DANIEL MCLAUGHLIN; PROPOSED ORDER** |
| ABRAHAM GOLAN, ISAAC GILMORE, and DALE COMSTOCK, | |
| Defendants. | |

1

Plaintiff, by counsel, hereby moves this Court for an order permitting the filing of a sealed complaint, civil cover sheet and summons, pursuant to Civil L.R. 79.2 and ECF Administrative Policies and Procedures, Section 2(j), and ordering the documents not to appear in the public docket, only until such time as Defendant may be served with the summons and complaint. The reasons for said filing are set out in the Memorandum of Points and Authorities in Support and the affirmation of Plaintiff's attorney, Daniel McLaughlin, attached hereto.

For these reasons and such other reasons as may appear just to the court, Plaintiff requests that his motion for leave to file a sealed complaint and accompanying papers be granted.

Dated: December 18, 2025

Respectfully submitted,

By: /s/ Daniel McLaughlin

Daniel McLaughlin (SBN: 315326)
Elzbieta T. Matthews (*pro hac vice pending*)
Cole Newcomb (*SBN pending*)
CENTER FOR JUSTICE
AND ACCOUNTABILITY
268 Bush Street #3432
San Francisco, CA 94104
Tel: (415) 544-0444

*Attorneys for Plaintiff*

2