Daniel McLaughlin (SBN: 315326)
    dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
    cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*





ORDERED UNSEALED on 03/26/2026   s/ andreasan

SEALED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO, <br><br> Plaintiff, <br><br> v. <br><br> ABRAHAM GOLAN, ISAAC GILMORE, and DALE COMSTOCK, <br><br> Defendants. | Case No. '25CV3651 LL AHG <br><br> **PLAINTIFF'S EX PARTE MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS GILMORE AND GOLAN, FOR ALTERNATIVE SERVICE TO SERVE DEFENDANT GOLAN, AND TO UNSEAL THE COMPLAINT AND ACCOMPANYING PAPERS** |

1

Plaintiff, by and through counsel, moves this court for an order extending the time to effectuate service of process on Defendants Gilmore and Golan, permitting alternative service on Defendant Golan via email, and unsealing the Complaint and accompanying papers.

The reasons for said filing are set out in the Memorandum of Points and Authorities in Support and the Affirmation of Plaintiff's counsel, Daniel McLaughlin, attached hereto.

For these reasons and such other reasons as may appear just to the court, Plaintiff requests that his motion be granted.

Dated: March 19, 2026

Respectfully submitted,

By: /s/ Daniel McLaughlin

Daniel McLaughlin (SBN: 315326)
Cole Newcomb (SBN: 365455)
CENTER FOR JUSTICE
AND ACCOUNTABILITY
268 Bush Street #3432
San Francisco, CA 94104
Tel: (415) 544-0444

*Attorneys for Plaintiff*

2