ORDERED UNSEALED on 03/26/2026   s/ andreasan

SEALED

# EXHIBIT D

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anssaf Ali Mayo

*Plaintiff*

**Civil Action No.** 25-cv-3651-LL-AHG

V.

Abraham Golan; Isaac Gilmore; Dale Comstock

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Isaac Gilmore
3251 Prospect St. NW, Washington, DC 20007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel McLaughlin
278 Bush Street, Suite 3432
San Francisco, CA 94104
347-989-5138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____1/7/26_____

John Morrill
*CLERK OF COURT*

S/ _____B. Chandler_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 25-cv-3651-LL-AHG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Isaac Gilmore was received by me on *(date)* 02/11/2026.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: The defendant is not listed on the directory for any unit. I spoke with the assistant property manager and she stated he is not in their system as leasing any unit. I showed her his photo and she stated he is not a resident nor familiar to her. ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/12/2026

_____
Server's signature

Mark Hagood, Process Server
_____
Printed name and title

107 S. West St. Ste. 417, Alexandria, VA 22314
_____
Server's address

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Feb 12, 2026, 8:42 am EST at 3251 PROSPECT STREET NORTHWEST, WASHINGTON, DC 20007 The defendant is not listed on the directory for any unit. I spoke with the assistant property manager and she stated he is not in their system as leasing any unit. I showed her his photo and she stated he is not a resident nor familiar to her.