ORDERED UNSEALED on 03/26/2026    s/ andreasar

**SEALED**

# EXHIBIT F



\*268345\*

## UNITED STATES DISTRICT COURT
Southern District of California

Anssaf Ali Mayo

        Plaintiff(s),

vs.

        Case No.: 25-cv-3651-LL-AHG

Abraham Golan, et al

        **AFFIDAVIT OF NON-SERVICE**

        Defendant(s).

_____/

I certify that I received this process **02/09/2026** at **8:55 PM** to be served upon:

**Abraham Golan**

STATE OF CONNECTICUT

        **ss: East Hartford**

HARTFORD COUNTY

I, **Eric Rubin**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **02/13/2026** at **7:55 AM**, I DISCONTINUED ATTEMPTING SERVICE of the within **Summons in a Civil Action, Complaint for Damages and Injunctive Relief, Demand for Jury Trial** on **Abraham Golan** at **4 Morningside Dr N, #202, Westport, CT 06880** for the reason(s) indicated below:

Comments/Prev. Attempts: **2/11/26 @ 3:55PM - Coastal Point Condominiums. End unit. No answer. Rang #201 as well. No answer to verify. Left notice. 2/11/26 @ 7:50PM - Notice still here. Unit dark. No answer. No on-site management office. 2/12/26 @ 6PM - 2 people were inside. White female, brown hair, 5'4", 120 lbs, 40-60 years of age, and white male, 75, bald, 5'10", 170 lbs. Both ignored my knocks and door bell rings. Refused to come to door. 2/13/26 @ 7:55AM - No answer. Spoke to female standing in courtyard who stated that she knows current resident in #202. Her name is Anita Gulati and that Golan (subject) was previous resident. I found picture of Anita online, and she is the woman I saw in the house on previous attempt.**

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

X_____

**Eric Rubin**

Signed and sworn to before me on **02/17/2026** by an affiant who is personally known to me or produced identification.

DCI Group
4096 PIEDMONT AVE #828
OAKLAND , CA 94611-5221
510-974-1992

_____
Notary Public

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES
3/31/2028