UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANSSAF ALI MAYO,<br><br>                                    Plaintiff,<br><br>v.<br><br>ABRAHAM GOLAN, ISAAC<br>GILMORE, and DALE COMSTOCK,<br><br>                                    Defendants. | Case No.:  25cv03651-LL-AHG<br><br>**ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS GILMORE AND GOLAN, FOR ALTERNATIVE SERVICE TO SERVE DEFENDANT GOLAN, AND TO UNSEAL THE COMPLAINT AND ACCOMPANYING PAPERS**<br><br>**[ECF No. 7]** |

25cv3651-LL-AHG

Pending before the Court is Plaintiff's Motion for An Extension of Time to Serve Defendants Gilmore and Golan, for Alternative Service to Serve Defendant Golan, and to Unseal the Complaint and Accompanying Papers. For good cause shown, the Court **GRANTS** the Motion and **ORDERS** as follows:

1. Plaintiff shall have ten (10) days from March 23, 2026 to effectuate service upon Defendant Gilmore by **April 2, 2026**;

2. Plaintiff shall have thirty (30) days from March 23, 2026 to effectuate alternative service of process on Defendant Golan via email by **April 22, 2026**; and

3. All filings in this action shall be unsealed.

Dated:  March 26, 2026

_____
Honorable Linda Lopez
United States District Judge

2

25cv3651-LL-AHG