Daniel McLaughlin (SBN: 315326)
    dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
    cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO, | Case No. 25CV3651-LL-AHG |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT COMSTOCK'S MOTION TO DISMISS** |
| ABRAHAM GOLAN, ISAAC GILMORE, and DALE COMSTOCK, | |
| Defendants. | |

1

Plaintiff, by and through counsel, moves this court for an order extending the time for plaintiff to file an opposition to Defendant Comstock's motion to dismiss.

The reasons for said filing are set out in the Memorandum of Points and Authorities in Support and the Affirmation of Plaintiff's counsel, Daniel McLaughlin, attached hereto.

For these reasons and such other reasons as may appear just to the court, Plaintiff requests that his motion be granted.

Dated: March 31, 2026

Respectfully submitted,

By: /s/ Daniel McLaughlin

Daniel McLaughlin (SBN: 315326)
Cole Newcomb (SBN: 365455)
CENTER FOR JUSTICE
AND ACCOUNTABILITY
268 Bush Street #3432
San Francisco, CA 94104
Tel: (415) 544-0444

*Attorneys for Plaintiff*

2

I hereby certify that on March 31, 2026, a true and correct copy of **Plaintiff's Motion For An Extension Of Time To File Opposition To Defendant Comstock's Motion To Dismiss** was served on Defendant by U.S. mail as follows:

Dale Comstock

200 Friars Hill Drive, Apt. 201

Panama City Beach, FL 32407

Dated: March 31, 2026

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

1