Daniel McLaughlin (SBN: 315326)
    dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
    cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM GOLAN,<br>ISAAC GILMORE, and<br>DALE COMSTOCK,<br><br>Defendants. | Case No. 25CV3651-LL-AHG<br><br>**AFFIRMATION OF DANIEL MCLAUGHLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT COMSTOCK'S MOTION TO DISMISS** |

1

I, Daniel McLaughlin, upon my personal knowledge, hereby declare as follows:

1.      I am one of the attorneys for Plaintiff, who brings this action against Defendants for torts in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, and for assault and battery under California Code of Civil Procedure § 354.8. The torts include claims of attempted murder as a war crime, attempted extrajudicial killing, and persecution as a crime against humanity.

2.      In conjunction with the filing of the Complaint in this action, Plaintiff sought leave of the Court to temporarily file the Complaint and accompanying papers under seal until Defendants were served. Dkt. No. 2. On December 23, 2025, the Court granted Plaintiff's motion to temporarily file the Complaint and accompanying papers under seal. Dkt. No. 3.

3.      Prior to the case's unsealing on March 26, 2026 (and the creation of the case's electronic docket), Plaintiff's counsel only received the Court's order (Dkt. No. 3.) in this case in physical copy through our mailing address. None of the docketed documents were accessible to Plaintiff's counsel electronically.

4.      On March 19, 2026, Plaintiff moved the Court for an order unsealing the Complaint and case file. Dkt. No. 7. This motion was granted on March 26, 2026. Dkt. No. 8.

5.      After filing the March 19, 2026 motion, Plaintiff's counsel checked CM/ECF daily for any updates to the case docket.

6.      On March 27, 2026, I became aware of the Court's March 26, 2026 order granting Plaintiff's motion when I saw that the Court had created a CM/ECF electronic docket for our case.

7.      On March 27, 2026, when I first was able to access the electronic docket for this case, was the first time I became aware that Defendant Comstock had mailed a Motion to Dismiss directly to the Court, which had been docketed on March 3, 2026.

2

8.      I was only able to access the content of previously sealed filings electronically after the Court finished unsealing these case documents later in the day on March 27, 2026.

9.      Plaintiff's counsel continually checks the mail at our mailing address to ensure that we receive filings in this case.

10.     Before viewing the electronic docket, I did not receive Defendant Comstock's Motion to Dismiss and have still not received it through mail or by physical delivery.

11.     To my knowledge, there has been no attempt to serve Defendant Comstock's Motion to Dismiss on Plaintiff's counsel. Neither I, nor Plaintiff, had any notice that the motion had been filed.

12.     I have been diligent in tracking case deadlines and in effectuating service on all Defendants.

13.     Defendant Gilmore was served through substituted service at his usual mailing address on March 19, 2026. As per California Code of Civil Procedure § 415.20(b), that service became effective on March 29, 2026 – ten days after the summons and Complaint were also mailed to him at his usual mailing address.

14.     Defendant Golan was served through alternative service via his email, pursuant to the Court's March 26, 2026 order, on March 27, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31st day of March, 2026, in San Francisco, California.

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY

268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444