Daniel McLaughlin (SBN: 315326)
　　dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
　　cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>ABRAHAM GOLAN,<br>ISAAC GILMORE, and<br>DALE COMSTOCK,<br><br>　　　　Defendants. | Case No. 25CV3651-LL-AHG<br><br>**MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS GOLAN AND GILMORE PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1

To the Clerk of the United States District Court for the Southern District of California:

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, by and through counsel, moves for the clerk's entry of default against Defendant Abraham Golan ("Golan") and Defendant Isaac Gilmore ("Gilmore") (together "Defendants") for failure to plead or otherwise defend against this action in a timely manner.

## I.    Defendant Golan

Golan was served pursuant to the Court's March 26, 2026 order under Federal Rule of Civil Procedure 4(f)(3) on March 27, 2026. Dkt. No. 8; Dkt. No. 9-3.

The applicable deadline for Golan to appear or otherwise respond to this action under Federal Rule of Civil Procedure 12 was April 17, 2026.

## II.    Defendant Gilmore

Gilmore was served pursuant to Federal Rule of Civil Procedure 4(e)(1) on March 19, 2026. Dkt. No. 7-3. Service was effective on Gilmore under California Code of Civil Procedure § 415.20(b) on March 29, 2026.

The applicable deadline for Gilmore to appear or otherwise respond to this action under Federal Rule of Civil Procedure 12 was April 19, 2026.

Defendants have failed to plead or otherwise respond to the complaint. Plaintiff respectfully request the clerk enter default against Golan and Gilmore pursuant to Federal Rule of Civil Procedure 55(a).

Following the Clerk's entry of default, Plaintiff will seek an entry of default judgment under Federal Rule of Civil Procedure 55(b).

Dated: May 11, 2026

Respectfully submitted,

By: /s/ Daniel McLaughlin

Daniel McLaughlin (SBN: 315326)
Cole Newcomb (SBN: 365455*)
CENTER FOR JUSTICE
AND ACCOUNTABILITY
268 Bush Street #3432
San Francisco, CA 94104
Tel: (415) 544-0444

*Attorneys for Plaintiff*

I hereby certify that on May 11, 2026, a true and correct copy of **Plaintiff's Motion for Clerk's Entry of Default Against Defendants Golan and Gilmore Pursuant to Rule 55(A) of the Federal Rules of Civil Procedure** was served on Defendant Golan by email and on Defendants Gilmore and Comstock by U.S. mail as follows:

Abraham Golan

tipofthespear13@gmail.com

ravenmilitary@gmail.com

Isaac Gilmore

7913 Modern Oasis Drive

San Diego, CA 92108

Dale Comstock

200 Friars Hill Drive, Apt. 201

Panama City Beach, FL 32407

Dated: May 11, 2026

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

1