Daniel McLaughlin (SBN: 315326)
    dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
    cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM GOLAN,<br>ISAAC GILMORE, and<br>DALE COMSTOCK,<br><br>Defendants. | Case No. 25CV3651-LL-AHG<br><br>**AFFIRMATION OF DANIEL MCLAUGHLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS GOLAN AND GILMORE PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1

I, Daniel McLaughlin, upon my personal knowledge, hereby declare as follows:

1. I am one of the attorneys for Plaintiff, who brings this action against Defendants for torts in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, and for assault and battery under California Code of Civil Procedure § 354.8. The torts include claims of attempted murder as a war crime, attempted extrajudicial killing, and persecution as a crime against humanity.

2. Defendant Golan ("Golan") was served through alternative service via his email, pursuant to the Court's March 26, 2026 order, on March 27, 2026. Dkt. No. 8; Dkt. No. 9-3. A true and correct copy of the proof of service is attached hereto as "Exhibit A" and is incorporated by reference herein.

3. Under Federal Rule of Civil Procedure 12, Golan was required to plead or otherwise respond to the complaint by April 17, 2026. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the court.

4. Golan has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Golan is not a minor or an incompetent person.

6. Golan is not currently in U.S. military service, and therefore the Servicemembers Civil Relief Act is not applicable.

7. Defendant Gilmore ("Gilmore") was served through substituted service at his usual mailing address on March 19, 2026. Dkt. No. 7-3. A true and correct copy of the proof of service is attached hereto as "Exhibit B" and is incorporated by reference herein. Substituted service was then mailed to his usual mailing address. *See also* Dkt. No. 8 (Order granting motion to permit Plaintiff to effectuate service upon Defendant Gilmore by April 2, 2026). As per California Code of Civil Procedure § 415.20(b), that service became effective on March 29, 2026—ten days

after the summons and Complaint were also mailed to him at his usual mailing address.

8.    Under Federal Rule of Civil Procedure 12, Gilmore was required to plead or otherwise respond to the complaint by April 19, 2026. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the court.

9.    Gilmore has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

10.    Gilmore is not a minor or an incompetent person.

11.    Gilmore is not currently in U.S. military service, and therefore the Servicemembers Civil Relief Act is not applicable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 11th day of May 2026, in San Francisco, California.

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

3