UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO<br><br>Petitioner,<br><br>v.<br><br>ABRAHAM GOLAN, ISAAC GILMORE, AND DALE COMSTOCK,<br><br>Respondents. | Case No.:  25cv3651-LL-AHG<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

In light of Supreme Court's decision *Cisco Sys., Inc. v. Doe I*, 609 U.S. ---, 2026 WL 1791225, at *3 (June 23, 2026), the Court finds it appropriate to provide the parties the opportunity to address *Cisco's* impact on Defendant's pending Motion to Dismiss [ECF No. 6]. Thus, each side may file a supplemental brief (not to exceed 5 pages) addressing the decision on or before **July 8, 2026**.

**IT IS SO ORDERED**.

Dated:  June 23, 2026

Honorable Linda Lopez
United States District Judge

1

25cv3651-LL-AHG