

THE CENTER FOR
JUSTICE & ACCOUNTABILITY

Bringing Human Rights Abusers to Justice.

*Via ECF*

7 July 2026

Honorable Linda Lopez, United States District Judge
United States District Court for the Southern District of California
2003 W. Adams Ave,
El Centro, CA 92243

**Re:** *Mayo v. Golan et al*, **No. 3:25-cv-03651-LL-AHG, Plaintiff's Supplemental Briefing Regarding** *Cisco Sys., Inc. v. Doe I*, **609 U.S. ---, 2026 WL 1791225 (June 23, 2026)**

Dear Judge Lopez,

Plaintiff writes in response to the Court's Order dated June 23, 2026 requesting supplemental briefing in light of the Supreme Court's decision in *Cisco Systems, Inc. v. Doe I,* 609 U.S. ---, 2026 WL 1791225 (June 23, 2026).

On December 23, 2025, Plaintiff Anssaf Ali Mayo filed a complaint against defendants Abraham Golan, Issac Gilmore, and Dale Comstock (collectively "Defendants") alleging that as a result of their participation in a U.A.E. murder-for-hire scheme and an attempt to murder Plaintiff, the Defendants are liable for claims under the Alien Tort Statute, 28 U.S.C. § 1350, and under California law. Dkt.No. 1. Plaintiff properly served each of the Defendants with the Complaint. Dkt. No. 7-2; Dkt. No. 7-3; Dkt. No. 9-3. Comstock filed a motion to dismiss, which is now fully briefed (Dkt. No. 6; Dkt. No. 11; Dkt. No. 13.), and Plaintiff filed a request for clerk's entry of default as to Golan and Gilmore. Dkt. No. 12.

On June 23, 2026, in *Cisco* the Supreme Court held that under the Alien Tort Statute the only causes of action that are available are those "for torts corresponding to the Blackstone three." *Cisco*, slip op. at 12. The three torts discussed in Blackstone's legal treatise are "violation of safe conducts, infringement of the rights of ambassadors, and piracy." *Cisco*, slip op. at 4. This decision renders Plaintiff's claims for war crimes, crimes against humanity, and attempted extrajudicial killing under the Alien Tort Statute moot.

Contemporaneously with the present submission, Plaintiff is filing a motion to request leave to file an amended complaint. As reflected in the proposed amended complaint, which is attached as an exhibit to the motion, this Court has diversity jurisdiction over Plaintiff's remaining California state law and newly added Yemeni law claims against defendants Gilmore and Comstock. Plaintiff submits that *Cisco* does not impact this Court's personal jurisdiction over defendants Gilmore and Comstock, nor the applicability of the California state law claim to their conduct.

*Respectfully Submitted,*

 /s/ *Daniel McLaughlin*

Daniel McLaughlin (SBN: 315326)
Cole Newcomb (SBN: 365455*)*

268 Bush St #3432 · San Francisco, CA 94104 · tel 415 544 0444 · info@cja.org · cja.org

CENTER FOR JUSTICE
AND ACCOUNTABILITY
268 Bush Street #3432
San Francisco, CA 94104
Tel: (415) 544-0444

*Attorneys for Plaintiff*

I hereby certify that on July 7, 2026, a true and correct copy of Plaintiff's letter regarding **Plaintiff's Supplemental Briefing Regarding *Cisco Sys., Inc. v. Doe I*, 609 U.S. ---, 2026 WL 1791225 (June 23, 2026)** was served on Defendant Golan by email and on Defendants Gilmore and Comstock by U.S. mail as follows:

> Abraham Golan
> tipofthespear13@gmail.com
> ravenmilitary@gmail.com
>
> Isaac Gilmore
> 7913 Modern Oasis Drive
> San Diego, CA 92108
>
> Dale Comstock
> 200 Friars Hill Drive, Apt. 201
> Panama City Beach, FL 32407

Dated: July 7, 2026

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444