Daniel McLaughlin (SBN: 315326)
        dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
        cnewcomb@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSSAF ALI MAYO,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM GOLAN,<br>ISAAC GILMORE, and<br>DALE COMSTOCK,<br><br>Defendants. | Case No. 25CV3651-LL-AHG<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)** |

25cv3651

Plaintiff, by and through counsel, moves this court for an order granting Plaintiff leave to amend Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

The reasons for said filing are set out in the Memorandum of Points and Authorities in Support attached hereto.

For these reasons and such other reasons as may appear just to the court, Plaintiff requests that his motion be granted.

Dated: July 7, 2026

Respectfully submitted,

By: /s/ Daniel McLaughlin

Daniel McLaughlin (SBN: 315326)
Cole Newcomb (SBN: 365455)
CENTER FOR JUSTICE
AND ACCOUNTABILITY
268 Bush Street #3432
San Francisco, CA 94104
Tel: (415) 544-0444

*Attorneys for Plaintiff*

25cv3651

I hereby certify that on July 7, 2026, a true and correct copy of **Plaintiff's Motion For Leave To Amend Complaint Pursuant To Federal Rule of Civil Procedure 15(a)(2)** was served on Defendant Golan by email and on Defendants Gilmore and Comstock by U.S. mail as follows:

Abraham Golan

tipofthespear13@gmail.com

ravenmilitary@gmail.com

Isaac Gilmore

7913 Modern Oasis Drive

San Diego, CA 92108

Dale Comstock

200 Friars Hill Drive, Apt. 201

Panama City Beach, FL 32407

Dated: July 7, 2026

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND
ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

25cv3651