UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

JUL 2 4 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ *P.O.E* _____ DEPUTY

ANSSAF ALI MAYO,
Plaintiff,

v.

ABRAHAM GOLAN, ISAAC GILMORE, and DALE COMSTOCK,
Defendants.

Case No.: 25-cv-03651-LL-AHG

**NOTICE OF FILING SIGNED SIGNATURE PAGE**

Defendant Dale Comstock respectfully submits this Notice to provide a signed and dated
signature page for the previously filed "Opposition to Plaintiff's Motion for Leave to Amend."

The omission of the signature and date was inadvertent. Pursuant to Federal Rule of Civil
Procedure 11(a), Defendant hereby submits the signed signature page to cure the omission.

DATED: 22 July 2026

Dale Comstock
Defendant, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on 16 July 2026, I served a true and correct copy of the foregoing Notice
by depositing it in the United States Mail, postage prepaid, addressed to:

Daniel McLaughlin
Center for Justice and Accountability
268 Bush Street, Suite 3432
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States that the foregoing is true
and correct.

DATED: 22 July 2026

Dale Comstock



Envelope
Recycle me.



359-3013

ORIGIN ID:PFNA  (850) 625-0766
MARS HILL DR
APT 201
PANAMA CITY BEACH, FL 32407
UNITED STATES US

TO  CLERKS OF COURT
THE SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
STE 420
SAN DIEGO CA 92101
(000) 000-0000

SHIP DATE: 22JUL26
ACTWGT: 0.10 LB

FRI - 24 JUL 5:00P
** 2DAY **

TRK# 8747 4319 0007

SX SDMA                92101
CA-US  SAN

FedEx
Express

E





RECEIVED
JUL 2 4 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY