Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
cnewcomb@cja.org
CENTER FOR JUSTICE AND ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ANSSAF ALI MAYO,

Plaintiff,

v.

ABRAHAM GOLAN, ISAAC GILMORE, and DALE COMSTOCK,

Defendants.

Case No. 25CV3651-LL-AHG

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Civ. L.R. 83.3(f)(3), Cole Newcomb files this motion for leave to withdraw as counsel for Plaintiff Anssaf Ali Mayo in the above captioned case. The reasons for said filing, and my declaration of service on Plaintiff, are set out in the Affirmation of Plaintiff's counsel, Cole Newcomb, attached hereto.

For these reasons and such other reasons as may appear just to the court, Cole Newcomb respectfully requests that this motion be granted.

Dated: August 31, 2026

Respectfully submitted,

By: /s/ Cole Newcomb

Cole Newcomb (SBN: 365455)
cnewcomb@cja.org

Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
CENTER FOR JUSTICE AND ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on August 31, 2026, a true and correct copy of **Motion For Leave To Withdraw as Counsel** was served on Defendant Golan by email and on Defendants Gilmore and Comstock by U.S. mail as follows:

Abraham Golan
tipofthespear13@gmail.com
ravenmilitary@gmail.com

Isaac Gilmore
7913 Modern Oasis Drive
San Diego, CA 92108

Dale Comstock
200 Friars Hill Drive, Apt. 201
Panama City Beach, FL 32407

Dated: August 31, 2026

Cole Newcomb (SBN: 365455*)*
cnewcomb@cja.org