Daniel McLaughlin (SBN: 315326)
dmclaughlin@cja.org
Cole Newcomb (SBN: 365455)
cnewcomb@cja.org
CENTER FOR JUSTICE AND ACCOUNTABILITY
268 Bush St #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANSSAF ALI MAYO,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM GOLAN, ISAAC GILMORE, and DALE COMSTOCK,<br><br>Defendants. | Case No. 25CV3651-LL-AHG<br><br>**AFFIRMATION OF COLE NEWCOMB IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

I, Cole Newcomb, upon my personal knowledge, hereby declare as follows:

1. I am one of the attorneys for Plaintiff and have served as counsel for Plaintiff Anssaf Ali Mayo since the initial complaint was filed on December 23, 2025 (ECF No. 1). During this time, I was a term-limited Legal Fellow at the Center for Justice & Accountability.

2. On July 31, 2026, my term as a Legal Fellow ended. Subsequently, I worked with the Center for Justice & Accountability in a volunteer capacity, which has ended as of August 31, 2026.

3. Because I will no longer be working with the Center for Justice & Accountability, I seek to withdraw as counsel for Plaintiff Anssaf Ali Mayo.

4. Plaintiff will continue to be represented by Mr. Daniel McLaughlin, Legal Director at the Center for Justice & Accountability.

5. I have informed Plaintiff of my intent to withdraw and the effect this will have. He has consented to my withdrawal as counsel.

6. I have served on Plaintiff, Anssaf Ali Mayo, this motion and accompanying papers through delivery by attorney, Daniel McLaughlin.

7. Consequently, I respectfully request the Court's leave to withdraw as counsel for Mr. Anssaf Ali Mayo in this proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31st day of August 2026, in San Francisco, California.

Cole Newcomb (SBN: 365455)
cnewcomb@cja.org